# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CITY OF BELEN, a municipal corporation,**

Plaintiff-Appellant,

v.                                                          NO. 29,246

**JOHN F. KEREKES and CAROLYN KEREKES and THE KEREKES FAMILY TRUST, SHIRLEY A. KEREKES, MIKE MAJOR and HOLLY MAJOR, TIM REED and ROBIN REED, ELOISE REED, PHILLIP R. PARKS, and RIO PUERCO, LLC, ET AL.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**William A. Sanchez, District Judge**

Norman McDonald.
Belen, NM

for Appellant

James Lawrence Sanchez
Belen, NM

for Appellees

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

REVERSED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____
**MICHAEL E. VIGIL, Judge**

_____
**ROBERT E. ROBLES, Judge**